RECEIVED
IN LAKE CHARLES, LA

JAN 1 8 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **PATRICK VON THOMPSON** | CIVIL ACTION NO. 04-2044-LC |
| VS. | SECTION P |
| **STATE OF LOUISIANA** | JUDGE TRIMBLE |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights claims be **DISMISSED WITH PREJUDICE** in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**THUS DONE AND SIGNED**, in Chambers, in Lake Charles, Louisiana, on this the 18th day of January, 2005.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE